IT IS SO ORDERED.

Dated: February 16, 2010
     01:59:34 PM

_____
**Honorable Kay Woods**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 09-40013-KW |
| | ) | |
| THE GENESIS ORGANIZATION | ) | JUDGE KAY WOODS |
| | ) | |
| | ) | CHAPTER 7 |
| Debtor | | |

**ORDER AUTHORIZING SALE OF REAL PROPERTY BY PRIVATE SALE**

This matter came before the Court upon the motion of the Chapter 7 Trustee for an order authorizing the sale of certain real property of this estate by private sale (the "Motion"). Based upon the information contained in the Motion, and for cause shown, the Court finds as follows:

This estate has certain parcels of real estate located at 571 Francisca, Youngstown, Ohio having the parcel ID Nos. 53-081-0-259-000, 53-081-0-260-000, 53-081-0-261-000, real estate located at 1805 – 1825 Belmont Avenue, Youngstown, Ohio having the parcel ID No. 53-081-0-262-000, real estate located at 542(A), (B), (C) Catalina Avenue, Youngstown, Ohio having the parcel ID Nos. 53-081-0-263-000, 53-

081-0-264-000, 53-081-0-265-0, real estate located at 50 Madison Avenue, Youngstown, Ohio having the parcel ID No. 53-006-0-138-000, real estate located at 743 Lake Drive, Youngstown, Ohio having the parcel ID No. 53-135-0-425-000, and real estate located at 204 LaClede Avenue, Youngstown, Ohio having the parcel ID No. 53-053-0-244-000 (the "Real Estate") as an asset to administer. The Debtor listed the Real Estate in Schedule "A" of its bankruptcy schedules as having a value of $140,000.00. The Trustee believes the value of the Real Estate is greater than $140,000.00. The Trustee believes that the only liens encumbering the Real Estate are as follows: the first lienholder, National City Bank in the approximate amount of $140,000.00 per the Debtor's Schedule "A"; a second lienholder, Net Relations, Inc for real estate tax warrants in the approximate amount of $15,571.00 per the Debtor's Schedule "A"; and the Mahoning County Treasurer for the current and delinquent real estate taxes, amount unknown. The Trustee seeks authority to sell the Real Estate by private sale, "AS IS and WHERE IS" with no warranties whatsoever, and subject to all mortgages, liens, encumbrances and interests, both known and unknown, to Peakes Company for the amount of $2,500.00, with said purchaser paying all costs of closing including but not limited to transfer tax and recording fees.

The Motion was served upon all parties in interest on December 29, 2009. The Motion included a notice which provided parties in interest twenty-one (21) days in which to object to the Motion. Despite having the opportunity to do same, no party in interest has objected to the Motion.

The Court finds the Trustee's motion well taken. Therefore it is

2

09-40013-kw    Doc 42    FILED 02/16/10    ENTERED 02/16/10 14:18:29    Page 2 of 3

**ORDERED, ADJUDGED AND DECREED** that Andrew W. Suhar, Chapter 7 Trustee, shall be and is hereby authorized to sell the Real Estate by private sale, "AS IS and WHERE IS" to Peakes Company for the amount of $2,500.00.

**IT IS SO ORDERED.**

**###**

Submitted by:


/s/ Andrew W. Suhar
ANDREW W. SUHAR, ESQ. Reg. No. 0058419
Chapter 7 Trustee